USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN D. RODRIGUEZ-INOA,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

26-CV-4366 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed his complaint on May 26, 2026 (Dkt. 1). This matter was referred to me for general pretrial management on June 2, 2026 (Dkt. 7), after which, on June 5, 2026, I issued an Order Regarding General Pretrial Management. (Dkt. 8.)

Following my Order, there were no further filings made to the case docket until yesterday, October 26, 2026, when defendant submitted a letter "explaining the delayed filing of the accompanying Affirmation of Mailing" of the "summons, complaint, and Rule 7.1 disclosure to the United States Attorney General in Washington, D.C.," on July 20, 2026. Pl. Letter (Dkt. 9.) Plaintiff clarifies that the affirmation was not previously filed "[d]ue to an inadvertent administrative oversight." *Id.* Plaintiff's Letter attaches two identical affirmations that affirm that mailings were made only to the Attorney General in Washington, D.C. (*See* Dkt. 9-1.)

According to Fed. R. Civ. P. 4(i)(1), the United States is properly served by delivering the summons and complaint to the Attorney General, *and also* to "the civil-process clerk at the United State attorney's office" for the district where the action is brought. Fed. R. Civ. P. 4(i)(1)(A)(ii); *see also* Service of Process in Cases Where the Fees Have Been Paid, SDNY, at 5-6, available at https://perma.cc/WK56-NGPE. Mailings can be made to the SDNY Civil Process Clerk at:

Civil Process Clerk
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Plaintiff must promptly re-serve the United States in accordance with Fed. R. Civ. P. 4(i)(1) and file proof of such service on the docket. Pursuant to Fed R. Civ. P. 4(m), the Court hereby extends plaintiff's deadline to effect service of process through **November 30, 2026**.

Dated: New York, New York
October 27, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**